

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2025

No. 04-24-00123-CR

**IN RE** Veronica **HERNANDEZ PEREZ**, Relator

Original Proceeding[1]

### ORDER

On February 21, 2024, Relator, Veronica Hernandez Perez, filed a petition for writ of mandamus, complaining of the trial court's February 5, 2024, order. Hernandez Perez also filed a motion to stay the underlying proceedings, which we granted on March 1, 2024.

After considering the petition and the record, the court concludes Hernandez Perez is not entitled to the relief sought. Accordingly, we **DENY** the petition for writ of mandamus.

The stay issued on March 1, 2024, is **LIFTED**.

It is so **ORDERED** on March 12, 2025.

_Lori Massey Brissette_
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2025.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 14715CR, styled *The State of Texas v. Veronica Hernandez Perez*, pending in the County Court, Kinney County, Texas, the Honorable Natalie C. Fleming presiding.